Vernon **PARSONS**, Appellant,

v.

Gertrude Bryant **PARSONS**, Appellee.

Court of Appeals of Kentucky.

Dec. 10, 1954.

Kelly Kash, Lohris H. Stevens, Irvine, for appellant.

Shumate & Shumate, H. M. Shumate, Irvine, for appellee.

PER CURIAM.

Motion for an appeal and for a cross-appeal from a judgment of the Estill Circuit Court which directs the distribution

of the proceeds of sale from jointly owned real estate. The facts, questions raised, authorities cited, and applicable law have been carefully considered by the Court, and we find no prejudicial error.

Appeal and cross-appeal denied. Judgment affirmed.